MHN
Eastern Division
Cook

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
2-11-2009
FEB 11 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOHN HARPER

**FILED**
**MARCH 27, 2009**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**09CV878**
**JUDGE HIBBLER**
**MAG. JUDGE MASON**

VS.

Cook County Sheriff C.O. DAVIS
Cook County Sheriff JANE DOE
Cook County Sheriff MS. LEE
Cook County Sheriff FERGUSON
Cook County Sheriff SUPERINTENDENT SNOOK
I.D.O.C. LAW CLERK SHARON L. McCURKLE

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

All defendants sued in his official and individual capacities

CHECK ONE ONLY:

**X**  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

A. Name: JOHN HARPER

B. List all aliases: NONE

C. Prisoner identification number: N51944

D. Place of present confinement: PINCKNEYVILLE

E. Address: P.O. 999 PINCKNEYVILLE, IL 62274

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: COOK COUNTY SHERIFF MR DAVIS
Title: DEPARTMENT OF CORRECTIONS OFFICER
Place of Employment: COOK COUNTY JAIL

B. Defendant: COOK COUNTY SHERIFF JANE DOE
Title: DEPARTMENT OF CORRECTIONS OFFICER
Place of Employment: COOK COUNTY JAIL

C. Defendant: COOK COUNTY SHERIFF MS. OR (MRS.) LEE
Title: DEPARTMENT OF CORRECTIONS OFFICER
Place of Employment: COOK COUNTY JAIL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be Awarded Compensatory Damages in Amount of 2,000,000 from each Defendant

To be Awarded Punitive Damages in Amount of 2,000,000 from each Defendant

Any and All other Relief This Court Sees Proper and Just.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of Nov, 20 08

_John Harper_
(Signature of plaintiff or plaintiffs)

John Harper
(Print name)

(I.D. Number) N-51944

(Address)

6

Revised 9/2007

D) Defendant: Cook County Sheriff Ferguson
Title: Department of Corrections officer
Place of Employment: Cook County Jail

E) Defendant: Cook County Sheriff Superintendent Snook
Title: Department of Corrections officer
Place of Employment: Cook County Jail

F) Defendant: ~~[redacted]~~ Sharon L. McCorkle
Title: I.D.O.C. Law clerk
Place of Employment: Lawrence Corr. Ctr.

2-A

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____
   _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____
   _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____

   I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) PLAINTIFF JOHN HARPER, PRO-SE BRINGS THIS COMPLAINT AGAINST SAID DEFENDANTS STATED ON 1ST PAGE.

(2) ON OR AROUND SEP-2006 DEFENDANT DAVIS MALICIOUSLY AND SADISTICALLY ATTACKED ME USING EXCESSIVE FORCE VIOLATING MY 8TH AMENDMENT RIGHT. I WAS A INMATE OF COOK COUNTY JAIL AT TIME IN DIVISION 9, DECK 2B.

(3) DURING 3-11 SHIFT THE DOORS FOR GYM ROLLED. I ASKED THE WING OFFICER A QUESTION. HE TOLD ME TO STEP IN THE HALLWAY. I DID SO AS I AND WING OFFICER TALKED. I SAW OFFICER DAVIS WHO STATED TO ME TURN AROUND AFTER I DID DEFENDANT DAVIS HIT ME ON THE SIDE OF MY FACE AND KNOCKED ME OUT. AFTER I WAS KNOCKED OUT I WAS HANDCUFFED AND DAVIS CONTINUED TO STRIKE ME IN MY FACE AND THE BACK OF MY HEAD. UNDER COLOR OF STATE LAW AND WITHOUT JUSTIFICATION DEFENDANT DAVIS USE EXCESSIVE FORCE AGAINST PLAINTIFF CAUSING SERIOUS HARM TO PLAINTIFF AND AMOUNTS TO CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE 8TH AMENDMENT,

TO THE UNITED STATES CONSTITUTION AND 42 U.S.C 1983. 2 Clause of Action  A couple days or so after the assault on me by Defendant Davis. I was in Health Care around 11 AM while Defendant Jane Doe was working the Health Care Unit. I was escorted from Segregation to Health Care. Defendant Jane Doe Removed My Handcuff So I can Be seen By the Doctor. As Defendant Jane Doe did this She Stated. Yeah I'm the one who got you locked up I'm the one who got you in chains. Defendant Jane Doe went on to say Yeah I'm the one who got you beat up by Davis. (Speaking of beforemention assault by Defendant Davis) Defendant Jane Doe said you thought you was going to get away with hitting my Daughter. (Jacuyonta Morris) Defendant Jane Doe subjected me to a violation of my 8th Amendment when Jane Doe allegedly had Defendant Davis Maliciously and Sadistically assault me using excessive force. Defendant Jane Doe under color of state law and without justification violated Plaintiff's Constitution Right. 3rd Clause of Action  Defendant Ms. or Mrs Lee also a Sheriff of Cook County Jail violated Plaintiff's Constitution Rights and

In support of states the following. Plaintiff while in segregation at Cook County Jail was arriving back to Division 9 from court. About a week or so from the "Excessive Force" assault used on Plaintiff by Defendant Davis. Plaintiff seen Defendant Ms. or Mrs. Lee. She stated to Plaintiff she and her sister Defendant Jane Doe had me beat up by Defendant Davis. She stated also theres no need to file grievances because they only disappear. Defendant Ms. or Mrs. Lee stated "Do you think you'll get away with hitting my niece." Speaking of a alleged incident that allegedly occured to Jauyonta Morris. According to Ms. or Mrs. Lee statement allegedly having Plaintiff beat up by Defendant Davis. Under color of state law Defendant Mrs. Lee violated Plaintiff's 8th Amendment rights to be free from unusual punishment and did so without justification and ill intent. 4TH Clause of Action

Defendant Fergerson prior to assault by Defendant Davis escorted Plaintiff into the court room 305 about a month before the Davis assault. While doing so he tighten Plaintiff handcuffs intill his wrist was bleeding. He also rammed Plaintiff head against

5 A

THE WALL TWO TIMES CAUSING DIZZINESS AND SWELLING. DEFENDANT FERGERSON STATED TO PLAINTIFF YOU MIGHT AS WELL COP OUT. FERGERSON WENT ON TO SAY YOU MESSED WITH THE WRONG GIRL YOU DIDN'T KNOW SHE HAD CONNECTION. FERGERSON ALSO STATED I'M GOING TO MAKE YOUR STAY AT THE COUNTY JAIL A LIVING HELL DEFENDANT FERGERSON, MALICIOUSLY AND SADISTICALLY ATTACKED PLAINTIFF USING EXCESSIVE FORCE. UNDER COLOR OF STATE LAW AND WITHOUT JUSTIFICATION DEFENDANT DAVIS VIOLATED PLAINTIFF'S 8TH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION.

5TH CLAUSE OF ACTION

On the day of the attack by Defendant Davis, Davis after beating up Plaintiff and handcuffing him escorted Plaintiff to the Superintendent office. While escorting Plaintiff to the office Defendant Davis ask Plaintiff you like to hit women? How you like it? When Plaintiff arrived to Superintendent office, Defendant Snook stated "We'll kill you in here." Defendant Snook stated to Plaintiff "If you file a Grievance" (speaking of Defendant Davis use of excessive force) I'll have you set up and they'll find a knife in

5B

your property and I'll make sure you get charged." Defendant Snook using his official influence to attempt to thwart Plaintiffs right to file grievances. Defendant Snook subjected Plaintiff to a violation of his 1st Amendment right to be free from retaliation, which violated Plaintiff rights under the 1st and Fourteeth Amendments to the United States Constitution.

(6th Cause of Action) Defendant SHARON McCorkle violated Plaintiffs 14th Amendment Due Process rights by denying him access to court. McCorkle is the law clerk at Lawrence Corr. Ctr. She is in charged for having inmates called to law library and overseeing the law library. McCorkle failed to have Plaintiff adequately called to law library to work on his pro-se 1983 claim (thus being filed) Defendant McCorkle stated to the legal clerks (inmates) not to help Plaintiff file his claim thus hindering Plaintiff, and violating his 14th Amendment right. Plaintiff has a overall 4th grade education, according to the TABE test results tooken at Lawrence Corr Ctr.

If Defendant McCorkle had not denied

5c

Plaintiff's 14th Amendment Rights to Due Process denying him access to court. Plaintiff would have filed this claim at the proper time. Under color of state law Defendant McCorkle without justification denied Plaintiff access to court and violated Plaintiff's 14th Amendment Rights. Plaintiff was transferred to Lawrence Corr. Ctr. on or around July 08. Still having time to file his lawsuit before the 2yrs is up if it wasn't for claim 6th.

Plaintiff received substantial physical injury and psychological trauma and emotional distress.

50