United States District Court
Northern of Illinois

Case No for the
09CV0878 John Harper
Plaintiff

9-6-2010     V-S

C.O. Davis et al
Defendant.

Judge William J. Hibbler.

Magistrate Judge Mason.

**FILED**
SEP 13 2010
9-13-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion for Appointment of counsel.
Motion to Strike.
Second motion for Sanctions.

① I am senting two exhibit, i have wrote 25 law firm 4 wrote back, i need a attorney because Lyle Fergerson and Velma Lee are Lying in they interrogatories, in Trail i can prove it That Lyle Fergerson and Jane Doe, Tauyonta Morris are Related, Velma Lee and Jane Doe grow up call each other sister, ▬▬▬▬▬▬ Thomas Snooks all answer ojection, I can not get a Real answer, This case Require investigation, contacting witness and why Pinckneyville administration, Lawrence administration, United States Marshal Service, Juge William J. Hibbler you use to work at Cook county Jail, I Do not fill conterable with you on This case, [This case is being Blocking, Hinder and cover up]

② Plaintiff moves to strike the Defendant's interrogatories, Lyle Fergerson and Velma Lee are Lying in they interrogatories.

③ I have ~~sent~~ two motion to compell to assistant State's attorney Kevin Frey, aksing for Discovery in the Request First and Second Request, I am not charge anything to get Discovery, The Whole case is a Joke and Taints ⟷ Corruption

all paper works, and Discovery matter sent to John Harper by state's attorney of Cook county was open by Pinckneyville Correction center and all paper was not They, Judge Hibbler you could have stop all this Harassment, Stupidly

I have 5 people who saw when i got mail at 9:00 p.m. and open, I have Affidavits

I object to assistant State's attorney Kevin Frey not given the Discovery, i aks for.

Sanctions: Fail to sent Discovery i aks for in Request First and Second.

I John Harper swear under penlty of per Jury That i service 3 copy of the attached Document to the clerk at the Pinckneyville correction Center,
9-6-2010

Pro Se John Harper
N-57944