United States District Court

For the Northern District of Illinois

Case No. 09CV0878
John Harper
Plaintiff

9-22-2010           V-S

C.O Davis et al
Defendant

Chief Justice Herndon

FILED
SEP 27 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

motion for Recusal.

Judge Herndon, Judge Hibbler first use to work at cook county Jail, and know all Judges and cookcounty Sheriff They, my case is against cook county Sheriffs and Judge Evnlye B. Clay How Did Judge Hibbler get my case, The case stay still for a whole year, i was in Lawrence Correction Center, This is being done Deliverly by court, status of case has change [Decovery] Witness, investigation and Judge Hibbler still would not appointment counsel because Judge Hibbler is Blocking, Hinder, cover up This case for friends, i can not get Discovery From assistant State's attorney Kevin Frey, I have been Harass, Threatin, put in Segregation by Pinckneyville administration, Lawrence Correction Center, Judge Herndon The whole case need to be investigation, The case This being cover up.

My letter to law firm will not go out My Grievance come up miss.

This case is being cover up Block and Hinder by Court, Pinckneyville, Anita Alvarze State's Attorney of Cook County.

in motion [#47] iaks for Substitution Judge. is Denied

Two of the Defendant in case can not be found This is being Done Deliveely, Both Defendant work at Cook County Jail, are Sheri# case is a Joke and Taint, Corrupt

[Jane Doe can not be found she work at Cook County Jail.]

I John Harper swear under Penalty of the Jury That i service 3 copy of the attached Document on Clerk by Placing it the mail at Pinckneyville Correction Center 9-22-2010    John Harper