United State District FILED MHN
10-7-2010
OCT 0 7 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Court
For the Northern District of Illinois

Case No 09CV0878

10-4-2010

John Harper
Plaintiff

V-S

C.O. Davis et al
Defendant

Judge William J. Hibbler.

Magistrate Judg Mason.

Third motion for Recusal.
Motion for appointment of counsel.
Motion to Compel, Discovery, Defendant Jane Doe name.

On Sep 30. 2010, John Harper had a video conference with Judge William J. Hibbler, Judge Hibbler State he use to be a Judge at cook county Jail for 25 year, I have ask Judge Hibbler two time to step away from case or to Recusal hemSelf from case, out of all the Case Judge Hibbler How you get mine case, you know all Judge and Sheriff They at cook county Jail, My case is against cook county, and a Judge still work for cook county Jail, The court Decisions not to appointment of counsel The case need counsel for contacting witness, i have wrote many motion Trying to get Discovery and Defendant Jane Doe name and Star number, Discovery is over, two of the Defendants can not be found.
one still work at cook county Jail, as a Sheriff (Joke)

and i have give imformation where Jane Doe work Division-9 cook county Jail, 7-3 shift 2006 Jane Doe is Related to Lyle Ferguson and Jauyonta Morris a witness at by criminal Trail, assistant State attorney of cook county Kevin Frey know her name, Defendant Lyle Ferguson and Defendant Superintendant Thomas Snooks She work under Superintendant Thomas Snooks in Division-9 2006, Defendant Davis and Jane Doe DiD not Do Discovery or interRogatories because could not be found Both are mane Defendant They Can not be found cause, assistant state attorney Kevin Frey, Judge Hibbler are not looking for Them, all imformat i have alReay wrote in motion and interRogatories, i have no attorney Judge Hibbler will not appoint counsel, cause Counsel could fine Defendants get the Discovery i ask for and contact witness, Judge Hibbler, assistant State attorney Kevin Frey Both are participate in a Cover up of John Harper Case, for Friend cook county Sheriff and Judge in John Harper Criminal case and Trail Same People are in Case. civil

I John Harper Swear under Penalty of Perjury That i service 3 copy of the attached Document to clerk at the Pinckneyville Correctional Center    Prose John Harper

10-4-2010