United States District FILED

Court

MAY 0 2 2011 aew

MAY 02 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

CaseNo For the Northern District of Illinois
C9CV0878

John Harper        Judge Williams J. Hibbler
Plaintiff

4-26-2011        V-S

C.O Davis el al        Magistrate Judge
Defendant        Mason

Motion For Status to The Clerk.

1) I John Harper N-51944 have been Transfer to Menard-Pcc
P.O. Box 711, Menard, Ill 62259-0711.

2) Plaintiff have wrote U.S. Marshals Service
twice given Defendant officer Howard Davis name
Star # 7726, in 2011; Marshals service have not
wrote me saying "Allas", i have not heard
From Marshals Service, i have money voucher
saying letter went out, For two years I have
been Harass, Threat, and, Retaliation from Pinckney
ville administration, I do not Think half The letter
i wrote went "out" to attorney and Marshals service

3) I have wrote many time ask State's attorney
for "Jane Doe" name and Star number and For
Discovery I can not get Howard Davis serve
and Jane Doe name and Star number

i John Harper will Keep writing for Defendant's
Howard Davis and Jane Doe, one can not be serve
and, one can not be Found, Judge Hibbler, States
Attorney This is illegal Practise to have Discovery
and The two main Defendants are not serve",
I John Harper will not go Along with illegal
Practise, Jane Doe and Howard Davis mush
be Found and Serve.

4) I am ask The "Clerk" U.S District court,
why my paper work are not Saiding "File"?
but Received.

I John Harper swear under Penlty of The Jury That
i servce 3 copy of attached Document to Clerk
at menard, c.c.

John Harper