United States District Court

09C878

Case No. for the Northern District of Illinois
09CV0878 John Harper    Judge William J. Hibbler
Plaintiff

V-S

5-14-2011 C.O. Davis et al    Magistrate Judge
Defendant    Mason.

**FILED**
MAY 19 2011
May 19, 2011
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

---

## Motion for extension of Time for Summary Judgment.

Defendants prior motion for Summary Judgment [93] I never Received Defendants motion Summary Judgment, I Received motion for Summary Judgment [95] on 5-10-2011, I am in Segregation i need time to sent for copy to law library, States Attorney and Pinckneyville administration knew exactly what They are Doing by Shiping me out or Transfer me on erroneously and er. ror Charge, I was stell in Pinckneyville went Dec 1, 2010, A briefing Schedule was set by The Court on Dec 1, 2010, Requiring Plaintiff to Respond to The motion for Summary Judgment by 3-4-2011, Plaintiff Did not get mail [93#] and Just Received Document # 108 file 4-19-11

I Received 5-10-2011 [95#]

I am not get mail and went i get mail, i only have A few Day to answer, I need time to get copy of Declaration, if Menard Do not lost Them

I have not answer because i am not get mail and went i get mail A Few Day to Respond.

I John Harper swear under Penlty of PreJury That I Service 3 copy of attached Document to Clerk at Menard Correctional Center

John Harper
N-51944