United States District Court
For the Northern District of Illinois

Case No 09CV0878

John Harper
Plaintiff

5-15-2011

v-s

C.O. Davis et al
Defendants

Judge William J. Hibbler.

Magistrate Judge Mason.

Motion for Submit Declaration

1) "I am sent exhibit C,"

**FILED**

MAY 24 2011 mB
MAY24 2011 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Pursuant to 28 U.S.C. # 31746   <Declaration>

I John Harper was incarcerated at cook county Ill Department of corr on or around Sep-2006 on The Deck 2-B with inmate John Harper on this said Day, I was attack by officer Davis maliciously and Sadistically attacked me, as the Doors Rolled for Y.Y.M., I John Harper after speaking to the wing officer step into The Hallway i was takeing to wing officer Frankenfield Star number# 8533, officer Davis said Davis said Turn Around i John Harper Ture Around officer Davis Punch me in the Face and Knocked Me out, after such Davis Handcuffed me as i was Knocked out and keep Punching me in The Face and back of The Head I witness all This and if called to Testify i state the same.

Pursuant To 28 U.S.C. # 1746
I am in Sound mind, and was not pay or force to make This Declaration
I Declare under penalty of Perjury That The foregoing is true and correct.
chicag, IL   5-15-2011

S/ John Harper
N-51944
5-15-2011
Date