United States District Court
Northern District of Illinois

Case No 09CV0878
John Harper
Plaintiff
V-S
C.O. Davis et al
Defendant

Judge William J. Hibbler

Magistrate Mason.

FILED
MAY 24 2011
MAY 2 4 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion to exclude Defendants Motion For Summary Judgment Pursuant to F.R.C.P. "56" in support of Plaintiff States The Following.

Defendants prior motion for Summary Judgement [#93] "i never Received, Defendants motion for Summary Judgment [#95#], I Received "5-10-2011".

1) I have sent two sworn Statement Declarations from Thomas King and Charle Hunter #K69913 some proof That it happen The way i John Harper Describe in complaint, if i would got Discovery photographs i would have 25 Declaration and witnesses but sense States attorney will not give me Discovery i ask for in Discovery, i never Received Discovery, Two main Defendants are not Serve, one Jane Doe can not be identify, Howard Davis# Star number 7726 i have Try Serve Davis" 4 Time. both Defendant still work That Cook county Jail.

2) During A Deposition Between The Plaintiff and Defendants attorney Genuine issues of Material facts were Disputed such as A\ Rather or not excessive force by Defendants c/o Howard Davis Star number "7786" was use against The Plaintiff That Resulted in Severe injury to him, Such Force violated The 8th amendment which Bans The use of Creul and Unusal Punishment and B\ medical Record along with quilified Medical Doctor and nurse Practiciner will Substantlly prove That The Plaintiff was attacked.

3) Such Disputes Creates issues of Genuine Material facts That only A Jury can Resolve.

4) Where fore The Plaintiff Respectfully Request That Defendants motion for Summary Judgment Should be Dismissed Due to Their being Disputed "Genuine issues of Material facts i.e., That The Plaintiff was severly Beaten and such conduct on The part of The Defendants violates The Stricture of The U.S. Constitution Particularly The 8th amendment on Creul and Unusal Punishment Defendant motion Should be

"Dismissed"

I John Harper swear under Penlty of PreJury That i service 3 copy of attached Document to clerk at Menard correctional center

John Harper
N-51944