United States District Court for the Northern District of Illinois

Case No. 09CV0878

John Harper
Plaintiff

5-30-2011

V-S

C.O. Davis et al
Defendant

Judge William J. Hibbler.

Magistrate Judge Mason.

**FILED**
JUN 03 2011
JUN 03 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff move for motion for Summary Judgment.

1) I can prove everything in my complaint, i said happen I have given sworn statements [Declarations] from my witnesses and my self, That it happened The way i said in complaint, if i would goten Discovery i would have 25 to 50 [Declaration] say The same proof That it happened The way i Describe in complaint, yes i and witnesses have A Genuine issues, officer Davis #7726 officer Frankenfield [star 8533] said in There cook county Department of Correction incident Report it happen a nther way, i and witness say it happen The way we Describe in complaint, Declaration, so yes There is Genuine Dispute, officer Davis and officer Frankenfield sied in incident Report " stat men: fact, said Frankenfield put handcuff on Detainee Harper, in Disciplinary Report The Report said Davis put handcuffs on Detainee Genuine ↑ issues

in Disciplinary Report and incident Report, Report Describe Detainee Harper Force his way Through The Door behind c/o Frankenfield, and witnesses saying it happen another way "in complain and Declaration" I was Toking to officer Frankenfield on the wing 2-B and He said come and Toke in interlock, Genuine issue i force my way out the Door, Detainee Then with closed Fist Lunged at officer Frankenfield "issue" Genuine Dispute never happen, in incident Report officer Frankenfield gave verbal order to the Detainee stand Down and to step Back into The wing 2-B Disciplinary Report and incident Report has incident happening "3-E" Genuine issues is There is any Real Disagreement about The important facts in The case "Yes" ⟷ [Real Disputes] The Declaration Describe what happen in interlock, I have present Sworn affidavit or Declaration Who saw it happened The way i and witness Describe in complaint and Declaration

2) Such Disputes Creates issue of Genuine Material Facts That only A Jury can Resolve.

I John Harper swear under Penalty of PreJury That i service 3-copy of attached Document to clerk at Menard Correctional

John Harper
N-51944