United States District Court For the Northern District of Illinois

Case No  
09CV0878 John Harper  
Plaintiff  
August 29  V-S  
C.O. Davis et al  
Defendants  

Judge William J. Hibbler.

Magistrate Mason.

**FILED**  
SEP 0 2 2011  
SEP 0 2 2011  
MICHAEL W. DOBBINS  
CLERK, U. S. DISTRICT COURT

---

Plaintiff Motion to Docket File August 19, 2011

1) Plaintiff DID File his Response to Defendants summary Judgment, went Plaintiff got letter and The Response was File on time, i got A extension Just incase, Plaintiff motion #112 , #10# , #114# , #115# are construed by The court as Plaintiff Response to Defendants motion and will be "construed" to explain or interpret "explain"? What

2) Plintiff motion for a Jury Trial #116 is granted Plaintiff will not Star Trial untill Jane Doe and Howard Davis are "serve" Plaintiff will not get appointment counsel to him abecase Judge Hibbler you and States Attorney are cover up case, Plaintiff can not get Defendants Jane Doe name and Howard Davis serve yes Plaintiff need counsel all Decovery mail Plaintiff Received From Pinckneyville was open and page missing

3) Judge Hibbler Plaintiff is Talk to you Plaintiff have not got Discovery, i know Discovery is close but state attorney have not sent The Discovery i ask for in Discovery, Plaintiff ask for in "Production" Photos ↔ all female working in Divison-9 from 2006 to July=13 2006, Photos of all Detainee in 2-B # 2-A, Photos of interlock of 2-B # 2-A, I have ask for background and work hisory, including suit or Reprimends for misbehavior for Howard Davis and Superintendent Snooks, if State's attorney said He sent Discovery i ask for He A "piece" 400 page of cookcounty Jail Rule, no Discovery sent Discovery you and States attorney Subpose to sent Months Ago why are you and States attorney "Stalling", why are you cover-up case. Judge Hibbler you and States attorney have "Amnesia" wen't come to anything i ask for like Discovery, i can not go to Trial with out Discovery i will not be appoint Counsel because case is corrupt i will not get Discovery because you and State attorney

is

"CORRUPT"