Order Form (01/2005)
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 0878 | **DATE** | September 13, 2011 |
| **CASE TITLE** | John Harper (#N-51944) v. C.O. Davis, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motions [##122, 123] are denied. Plaintiff continues to demand service on Defendant Davis. Davis has been served. Defendant demands service on a Jane Doe Defendant pursuant to Fed. R. Civ. P. 4(m), and the Court dismissed her in its recent ruling on Defendants' motion for summary judgment. To the extent Plaintiff's motion seek default against any Defendant, they are denied.

*/s/ Wm. J. Hibbler*

Docketing to mail notices.

AWL

Page 1 of 1