**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

John Harper
                        Plaintiff,

v.                                                           Case No.: 1:09−cv−00878
                                                            Honorable William J. Hibbler

C.O. Davis, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 20, 2011:

      MINUTE entry before Honorable William J. Hibbler: Status hearing set for 9/20/2011. Defendant does not appear. Status hearing reset to 10/6/2011 at 9:30 AM. Defendant directed to be present. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.