United State District Court
For the Northern of Illinois

Case No 09CV0878

John Harper
Plaintiff
v-s
Sep 26, 2011 C.O. Davis et al
Defendant

Judge William J. Hibbler.

Magistrate Judge Mason.

FILED
SEP 29 2011
SEP 29 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion for Status to Judge Hibbler.

1) Howard Davis Star number "7726" have not been served, i have try to serve Howard Davis for a year, I have wrote Marshal Service 6-time in "2011" Trying to get USM-285 form from Marshal Service to serve Howard Davis Document from Sep 13 2011 United States District Court, Northern District of Illinois Said Howard Davis has been served, I have no paperwork or USM-285 form? Saying Howard Davis have been serve, ? "Someone is lying"?

Howard Davis need to be served and I John Harper case No; 09CV0878 i need Discovery.?.

I wrote motion to summons Howard Davis "7726" 8-29-2011 motion came back not stamp why illegal practist

I John Harper Swear under Penlty of Perjury That i service 3 copy of attached Pocument to clerk at Menard correctianal center   John Harper
N-51944